IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT – N.D. OF N.Y.
FILED
Jan 05 - 2021
AT **12** O'CLOCK **10** MINUTES
John M. Domurad, Clerk

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No.  1:21-CR-001-DJS |
| | ) | |
| v. | ) | **Information** |
| | ) | |
| **DENNIS BENNETT,** | ) | Violations:  18 U.S.C. § 111(a)(1) [Assaulting and Resisting Federal Officer] |
| | ) | |
| | ) | 18 U.S.C. § 113(a)(5) [Simple Assault on Federal Jurisdiction] |
| | ) | |
| | ) | 2 Counts |
| | ) | |
| **Defendant.** | ) | County of Offense:  Albany |

## THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1
### [Assaulting, Resisting, or Impeding a Federal Officer]

On or about September 6, 2020, in Albany County, in the Northern District of New York, the defendant, **DENNIS BENNETT**, assaulted, resisted, opposed, impeded, intimidated or interfered with an officer and employee of the United States, as designated in Title 18, United States Code, Section 1114, of the Department of Veterans Affairs at the Albany Stratton Veterans Affairs Medical Center, while such officer and employee was engaged in official duties while trying to lawfully subdue and arrest the defendant, the acts of which constituted simple assault, in violation of Title 18, United States Code, Section 111(a)(1), a class A misdemeanor.

### COUNT 2
### [Simple Assault on Federal Jurisdiction]

On or about September 6, 2020, in Albany County, in the Northern District of New York, the defendant, **DENNIS BENNETT**, did knowingly commit simple assault of registered nurse S.D. at the Albany Stratton Veterans Affairs Medical Center, within the special maritime and

territorial jurisdiction of the United States, in violation of Title 18, United States Code, Section 113(a)(5), a class B misdemeanor.

Dated: January 4, 2021

ANTOINETTE T. BACON
Acting United States Attorney

By: *[signature]*

Alexander P. Wentworth-Ping
Assistant United States Attorney
Bar Roll No. 701897